THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY DE CAPRIO, Appellant.

(Submitted April 23, 1934; decided May 22, 1934.)

*Arnold La Guardia* and *Byron Clark* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.